# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 08-3056

September Term 2008

1:07mc00319

**Filed On:** July 9, 2009

In re: Grand Jury Subpoena,

**BEFORE:** Ginsburg and Kavanaugh, Circuit Judges, and Williams, Senior Circuit Judge

**O R D E R**

Upon consideration of the June 23, 2009 order to show cause why the opinion in this case should not be unsealed, and the joint response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the opinion filed June 23, 2009, be unsealed. The Clerk is to note the docket accordingly.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
MaryAnne Lister
Deputy Clerk